**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6116**

---

ROBERT LEE BROCK, a/k/a Two Souls Walker,

                              Plaintiff - Appellant,

        versus

RON ANGELONE,

                              Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca B. Smith, District Judge. (CA-95-1194-2)

---

Submitted: May 16, 1996              Decided: May 21, 1996

---

Before RUSSELL, LUTTIG, and WILLIAMS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Robert Lee Brock, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's orders denying relief on his 42 U.S.C. § 1983 (1988) complaint and denying his Fed. R. Civ. P. 59 motion. Both orders are properly before the court. Dove v. CODESCO, 569 F.2d 807, 810 (4th Cir. 1978). We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Brock v. Angelone, No. CA-95-1194-2 (E.D. Va. Dec. 28, 1995; Jan. 17, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED